# EXHIBIT C

Case Number: CACE-21-014597 Division: 25
Filing # 131050034 E-Filed 07/20/2021 04:19:58 PM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

ANTOINE CHERY,                                             CASE NO.:

    Plaintiff,

vs.

THE PEP BOYS-MANNY,
MOE & JACK LLC, a foreign
limited liability company,

    Defendant.
_____/

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this Summons and a copy of the Complaint, Request for Admissions, Interrogatories, and Request to Produce in this action on Defendant:

**THE PEP BOYS-MANNY, MOE & JACK LLC**
**By serving its Registered Agent:**
**Corporation Service Company**
**1201 Hays Street**
**Tallahassee, FL 32301**

    EACH Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's Attorney whose address is:

Ron Vinograd, Esquire
**STEINGER, GREENE & FEINER**
2727 NW 62nd Street,
Fort Lauderdale, FL 33309
Telephone: (954) 491-7701

within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's Attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

DATED on _____JUL 23 2021_____

Clerk of the Court
Brenda D. Forman

BY: _____

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 07/20/2021 04:19:55 PM.****
BRENDA D. FORMAN

Filing # 131050034 E-Filed 07/20/2021 04:19:58 PM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

ANTOINE CHERY,

    Plaintiff,

vs.

CASE NO.:

THE PEP BOYS-MANNY,
MOE & JACK LLC, a foreign
limited liability company,

    Defendant.
_____/

## COMPLAINT

COMES NOW, the Plaintiff, **ANTOINE CHERY**, by and through the undersigned counsel, and hereby sues the Defendant, THE PEP BOYS-MANNY, MOE & JACK LLC (hereinafter known as PEP BOYS), a foreign limited liability company, and in support thereof alleges as follows:

1. This is an action for damages in excess of thirty thousand ($30,000.00) dollars.

2. At all times material hereto, the Plaintiff, ANTOINE CHERY, was an individual residing in Broward County, Florida.

3. At all times material hereto, the Defendant, PEP BOYS, was a foreign corporation authorized to do and doing business in Palm Beach County, Florida.

4. Venue is proper in Broward County as the subject incident took place in Broward County, Florida.

5. On or about August 27, 2020, the Defendant, PEP BOYS, owned, maintained and/or controlled a Store located at or near 860 State Road-7, in the city of Hollywood, Broward County, Florida.

6. On the above date and time, the Plaintiff, ANTOINE CHERY, was a business invitee on the Defendant's property and lawfully on the premises.

7. At the aforedescribed time and place, the Plaintiff, while exercising due care and caution for his own safety, was shopping at the aforedescribed PEP BOYS location when he was caused to fall to the floor due to the careless and negligent manner in which the floors were maintained. More specifically, the Plaintiff slipped on an oily substance that was leaking from a barrel.

8. At all times material hereto, the Defendant, PEP BOYS, by and through its agents and/or employees, owed the Plaintiff a duty of reasonable care to maintain the premises in a condition reasonably safe for their intended uses and free from all conditions which would render them dangerous and unsafe for the Plaintiff, and/or present an unreasonable risk of harm to him in his lawful use of the same.

9. The Defendant, PEP BOYS, owed the Plaintiff a duty to warn him of the aforedescribed dangerous and unsafe condition.

10. The Defendant, by and through its employees and/or agents, breached its duty of care to the Plaintiff, by committing one or more of the following negligent acts of commission and/or omission which proximately caused injury to the Plaintiff as hereinafter alleged more fully:

   a. The Defendant failed to properly maintain and examine the floors to make sure they were safe and free from liquid and other debris;

   b. Had Defendant exercised reasonable care in the maintenance of the store floors, it would have discovered the dangerous condition on its floors;

   c. The Defendant failed to utilize reasonable care in the design, planning, inspection and maintenance of said premises, particularly the floors.

   d. The Defendant failed to warn the Plaintiff of the dangerous condition it knew or should have known existed on the store floors.

    e. The Defendant set up a barrel to collect liquid that was leaking a slippery liquid onto the ground creating a slipping hazard.

    f. the aforedescribed dangerous condition was a regular, reoccurring, and ongoing condition; therefore, Defendant knew, or in the exercise of reasonable care, should have known of the aforedescribed dangerous and hazardous condition.

11. The Defendant's aforedescribed acts of negligence proximately caused the injuries sustained by the Plaintiff.

12. As a direct result of the fall, the Plaintiff has been forced to incur medical bills, has suffered bodily injury resulting in severe physical pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, aggravation of preexisting injuries, if any, and loss of the ability to earn wages. These losses are permanent and continuing in nature and the Plaintiff will suffer losses in the future.

WHEREFORE, the Plaintiff, ANTOINE CHERY, demands judgment against the Defendant, PEP BOYS, for damages, costs and any other relief this Court deems appropriate. ***The Plaintiff further demands trial by jury as to all issues so triable by right.***

In compliance with Rule 2.516, all pleadings in this cause shall be served on the undersigned by e-mail to RVINOGRAD@INJURYLAWYERS.COM.

DATED this 20th day of July, 2021.

**STEINGER, GREENE & FEINER**
2727 NW 62nd Street
Fort Lauderdale, FL 33309
Telephone: (954) 491-7701
Email: rvinograd@injurylawyers.com
Email: tcarmona@injurylawyers.com
Attorney for Plaintiff

*/s/ Ron Vinograd*
Ron Vinograd, Esquire
Florida Bar No.: 19157